ANDRE L. OATMAN  138390
Name and Prisoner/Booking Number

KINGMAN, CERBAT.
Place of Confinement

P.O. BOX, 3009
Mailing Address

KINGMAN. AZ. 86402.
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED _____ LODGED
_____ RECEIVED _____ COPY

OCT 2 0 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

ANDRE L OATMAN,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) FOX 10. NEWS NETWORK,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV20-02019-PHX-DJH--ESW**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE   LRCIV 5.4
(Rule Number/Section)

## A.  JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
☐ Other: _____.

2.   Institution/city where violation occurred: North Unit, Florence .AZ

Revised 3/11/16

1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: _OWNER / OWNERS._  . The first Defendant is employed
as: _NAME UNKNOWN._  at  _FOX. NETWORK_ .
(Position and Title)                                          (Institution)

2. Name of second Defendant: _Chairman / chairmans_ . The second Defendant is employed as:
as: _NAME. UNKNOWN._  at  _Fox network_ .
(Position and Title)                                          (Institution)

3. Name of third Defendant: _Ex producer / ex producers._ . The third Defendant is employed
as: _NAME . UNKNOWN,_  at  _Fox. Network_ .
(Position and Title)                                          (Institution)

4. Name of fourth Defendant: _Producer / Producers._ . The fourth Defendant is employed
as: _NAME UNKNOWN._  at  _Fox. network._ .
(Position and Title)                                          (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 5ᵗʰ AMENDMENT.
DEPRIVATION OF DUE-PROCESS. DEPRIVATION OF SAFEGUARD. "NORTH UNIT", Florence AZ.

2. **Count I.** Identify the issue involved.  Check only one.  State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Emotional Duress, & Distress.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what each Defendant did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

ByFox Disregarding Documented facts of "Law". Arrest profile, facts, of Imposed currents sentence By the state of AZ. Their ACCUSATION "NOW" Become SLANderous And EnDANGERING. By Incriminating My character of committing Lude And perverted acts of masterbation In Community. This Impacts a strainous Hardship In the Correctional ELEMENT. And Deprives ME of Equality, credibility, oppertunity, Humanity, SAFEGuard. And Due-process. Creating A prejudual Bias in the facility. OF A Sexual NATURE! Anita Roman. 8/2/20. Sunday. 5:15-5:40 AM. Do you have Any thing to say to Hatchi? ect! Kari Lake. 8/28/20. Friday. He Should have gotten CAught Jacking off, iN the BACK yard. He should have Molested HIS Daughter. Syleste Rodriguez. 8/28/20. Friday. 7:50-8:15 AM. He should have Been Jacking off. In Case by Job I might As well! Nicole Garcia. 9/1/20. Tuesday. 9:00-9:15 pM That's what he gets for playing with His self. Jennifer Martinez. 9/1/20. Tuesday. 6:00-6:20 pM. That's what he gets For playing with yourself. He should have Molested His Daughter. Kristy Siefken. 9/14/20. Monday. 5:20-6:02 pM. Dre Better Quit playing with His self in His Bed. Mara Martinez. 9/14/20. Monday. 6:05-6:20 pM. I might as well, you should have Molested your sister. That's what he gets For playing with His self in The Bed. Christina Cortillo. 9/14/20. 6:05-6:20 pM. That's what he gets For playing with Hisself In the BackYard. Kari Lake. 9/14/20. 8:30-9:10 pM. please don't do that! That's what he gets For playing with HisSelf In the BackYard. Keep Him under the Gun! Do you have Anything to say to Hatchi? Nicole Garcia. 9/11/20. Friday.

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
Duress & Distress ENforces A unbalanced prejudice/discrimination. Warden ADW/active; HENRY. 9/1/19. 2:20-2:45 pM. That To The RUN. That's what he gets For Molesting His Daughter. Retaliation/harass-MENT Approved By Bureau/Division D. OIU, UT, A04-627-016, A04-621-016, A04-028-016, & A04-29-06.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Post convaiction & Remedial, not requered. Legal Issues Transpired in state Custody. But not in judicial proceedings. Federal Jurisdiction is vitally applied to a outside Entity of Facility.

## COUNT II

1. State the constitutional or other federal civil right that was violated: 6th AMENDMENT.
DEPRIVATION OF DUE PROCESS. DEPRIVATION OF SAFF GUARD, "North UNIT" Florence. AZ.

2. **Count II.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☒ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

By Fox Disregarding Documented facts of "Law" arrest profile, facts of Imposed current sentence By the State of AZ. Their Accusations "Now" Become Defermating and Endangering. By Incriminating My Character of Being a "Child Molester". This Impacts a strenuous Hardship in the Correctional element. That subjects ME To a Discrimitory Bias in the facility. To Administration & Staff and Deprives Me of Equality, credibility, opportunity, Humanity, safeguard, and Due-process. Against Children! Anita Roman. 8/2/20. Sunday. 5:15-40 am, Do you have Anything to Say To Itatchi? Made Men Barbershop. Guest. Thats what he gets for Molesting little girls. Richard signs. 8/2/20 Sunday. 5:35-5:45 pm. Thats what he gets for Molesting little girls. Baylen Miller. 8/21/20 Friday. 3:10-3:58 pm. Thats what your Ass Gets. you should have Molested your Daughter. Kristy Siefken. 8/21/20. Friday. 3:20-3:58 pm. Thats what you get-you should have Molested your Daughter. Jonstock, 8/21/20, Friday. 3:20-3:58 pm. Thats what he gets. HE should have Molested His Daughter. Trey Hayden. 8/28/20. Friday. 7:50-8:10 am, HE should have Molested Brianna. Guest. Dr. Ross. Gold Berg. 8/28/20. Friday. 7:50-8:10 am, Thats what he gets for Molesting little girls. Harvey. TMZ. 8/25/20. Tuesday. 2:00 pm. Thats what he gets for Molesting Boy-Anna when she was a BAB. He's a Molester as far as I'm concerned. Kristy Siefken. 9/1/20. Tuesday. 4:05-4:20 pm. I Might as well. I'm going to lose my JOB. You should have Molested your Daughter. Thats why Nobody wants his Ass. Thats what he gets for playing with her. He should have Molested her. Jewel. for Martinez. 9/1/20. Tuesday. 6:00-6:20 pm. He should have Molested His Daughter. Matt Galka, 9/14/20. Monday. 9:00-9:15 pm, HE is Taking it Personal. He should have Molested

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Harassment/Intimidation By Staff. Lt Kelly Randolph. #AKP3. CO II OBRISCOLL. & CO II. Tachillo. IR 1227L. Hinder the AGR Ievance process. Never Recieved Exh Lation Response. On. A04-016-019. & CO II COX. On Threatening/Intimidation. Lt Randolph Retaliated. Sending ME To SHU #1. 2/1/20.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. post conviction & Remedies not required. Legal Issues Transpired in State Custody But not in judicial proceedings. Federal jurisdiction is Vitally Applied to a outside Entity of Facility.

## COUNT III

1. State the constitutional or other federal civil right that was violated: 14th Amendment.
Deprivation of Due process. Deprivation of Safeguard. "North Unit". Florence. AZ.

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care

☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation

☐ Excessive force by an officer    ☒ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

By far Disregarding Documented facts of "Law" Arrest profile. Fact. of Imposed Current sentence By The State of AZ. Their Accusations "Now" Become Endangering and Blackmail. By Incriminating My Character of "Rape". And stating Proof of a video for leverage And confirmation By mr. This Imparts Strenuous Hardship in the Correctional Element. Subjecting me to a Discriminitory prejudice to Administration & Staff. And Deprives me of Equality. Credibility. opportunity. Immunity. Safeguard. And Due-process. Against Whom! Kari Lake. 8/21/20. Friday. 3.20 - 3:50pm He should have Molested his sister. Jon Hook. 9/1/20. Tuesday. 4:00 - 4:15 pm. Deacho CO II King mmu. is going to Testify That you Amitted Raping your sister. Fox. TV2. Tiffany in Dish. 8/31/20. Monday. Thats what he gets for playing with his sister pussy. 2:00 pm. Thats what he gets for Molesting Little Girls. 2:00pm. Fox. TV2. 9/1/20. Tuesday. 2:00 pm. Charles. I might as well. I'm going to lose my job. Do you have Anything to say to him Tch!2 Guest. The Nanny. He should have Molested the sister when she was young. Becky & Bri. King mmu. 10711. The KNMUC. 9/3/20. Thursday. 9120 - 9140 am. Sylester is Telling Everyone To say Thats what he gets for playing with his sister pussy. Kari Lake. 9/14/20. Monday. 8:30 - 9:10 pm He should have Molested his sister when she was young. Interviewing President Trump. He Molested His sister. Matt Gaetz. 9/14/20. Monday. 9:00 - 9:15 pm. He should have Molested his sister when he was young. Kari Lake. 9/16/20. Thursday. pm segment. Thats what he gets for Raping Little girls.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Lt. Williams. Harassment & Retaliation. In Transfer. Williams. Attempted to Intragate me & Blackmale me By Exterting a Life Threatening circumstance. By Leaving me in cell. And putting forth effort to the whole Bottom floor that I was a "Chelio" Child molebr. 2/1/20.

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No

b. Did you submit a request for administrative relief on Count III?    ☐ Yes    ☒ No

c. Did you appeal your request for relief on Count III to the highest level?    ☐ Yes    ☒ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. post-conviction & Remedies. not required. Legal Issues Transpired in State Custody. But not in judicial proceeding. federal jurisdiction is vitally Applied to a Outside Entity of facility.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

D. Count #1.    Cont. PG. 3.

3:40-4:10 PM. Thats what he gets for playing with HIS DICK in the BACKyard. Loni 4/2/19. Tuesday. 8:00-8:40 AM. Thats what he gets for playing with Hisself. JENNIE. 4/2/19. Tuesday. 11:00-11:30 AM. Thats why NoBody wants HIS ASS. Cory Mcclowski. 4/29/19. Monday. 5:46-5:55 AM. Thats what he gets for playing with Himself. RonHorn. 5/6/19. Monday. 6:15-6:25AM Thats what he gets for playing with Hisself in the BackYard. Tracy Hayden. 5/4/19. Monday. 7:15-7:30 AM. " MULtiple Questions Asked concerning, HaTchi "Guest Brad. TMZ. Thats what he gets for playing with Himself in Peoples BackYards. Tracy Hayden. 5/10/19. Friday. 7:30-7:50 AM. Thats what he gets for playing with Hisself in the BackYard. Syleste Rodriguez. 7/2/19. Tuesday. 6:15-6:30 AM. Thats what he gets for playing with Hisself in the BackYard. CARMEN.BLACKwell. 8/12/19. Monday. 7:00-7:20 AM. Do you have Anything to say to HaTchi? Ron.Horn. 8/14/19. wensday 7:30-7:40 AM. Thats what He gets for playing with Himself. Cory Mcclowski. 8/20/19. Tuesday. 9:30-9:45 AM. Stated to Guest! "EGG MAZING" Thats what he gets For playing with Himself in the Bed. MARK MARTINEZ. 10/14/19. Monday. 6:00-6:20 PM, Thats why she dont want your ASS. Thats what he gets for playing with Hisself. BriAn WEBB. 10/25/19. Friday. 4:00-4:15 PM. Thats what he gets for playing with Himself. RENEE NELSON. 11/19/19. Tuesday. 6:45-6:50 AM. Thats what he GETS for playing with Hisself. KAri LAKE. 11/26/19. Tuesday. 9:00-9:20 PM. Thats what HE gets for yacking OFF in The GARAGE. Thats why she dont want your ASS. AS FOX NETWORK UTILIZES SOCIAL MEDIA To Expose a Exploit. Incriminating Alligation, oTHER NETWORKS follow Suit!

ABC-15. KATIE O'Kelley. Thursday. 5:15-5:21 AM. It's not our fault. HE ADMitted it! HE IS TAKING it to Heart. That what HE GETS for playing with HIS DICK. "9/3/20" ALLISON Rodriguez. 9/3/20. Thursday. 5:15-5:21 AM. Thats what he gets for playing with Hisself. He's A pervert, Thats ALL! "

(8-A)

D. Count II. Cont. PG. 4

His Daughter. Kari Lake. 9/10/20. Thursday. pm segment/podcast.
Thats what he gets for Raping Little Girls. Jon Heck. 9/11/20. Friday.
5:00 - 5:15 pm. Thats what he gets for playing with Little Girls. Kari Lake
9/11/20. Friday. 3:40-4:10 pm. Thats what He GeTs for playing with Little
Girls. Dre needs to let GO! Syleste Rodriguez. 4/2/19. Tuesday. 8:00 - 8:40 AM.
Do you have Anything to say to Hatchi? For what he did. Tracy Hayden. 4/2/19. Tues-
day. 8:00 - 8:40 AM. Thats what he gets for Molesting Little Girls. Kristy Sief-
ken. 4/2/19. Tuesday. 4:00 - 4:20 pm. Thats what he gets for Molesting His sister.
Kristy Siefken. 5/3/19. Friday. 9:00 - 9:20 pm. Thats what he gets for Molesting his
Daughter. Ron Hoon 7/2/19. Tuesday. 6:15 - 6:30 Am. Thats what He gets for Molesting
His Daughter. Cory Mcclewski 11/21/19. Thursday. 5:25 - 5:45 Am. Thats what He gets
For Doing that to Michelle. He gets to Learn How to Let go. He should have Molested
Brianna. Ron Hoon. 11/21/19. Thursday. 5:40 - 5:55 Am. He should have Molested
His Daughter. Kari Lake. 11/26/19. Tuesday. 9:00 - 9:15 pm. You should not have
Molested your Daughter. Jon Heck. 11/26/19. Tuesday. 9:00 - 9:20 pm. He should
have Molested HER. Syleste Rodriguez. 12/4/19. Wensday. 9:10 - 9:30 Am. That
what he gets for playing with Little Girls. Kari Lake. 12/4/19. Wensday. 9:10 -
9:45 pm. He should have Molested His Daughter. He is a Molester! Jude Laceva.
12/4/19. Wensday. 9:45 - 9:58 pm. You should not Have Molested your Daughter.
As Fox Network utilizes Cooperate Media. To Expose & Exploit Incriminating Alli-
gations. Other Networks Follow Suit!

ABC-15. (GMA). CJ. 8/26/20. Wensday. 12:35 - 12:46 pm. He ~~Molested~~
should not have Molested Brianna. He's a Molester as Far As Im Concern.
He should have Molested His Daughter. "Please "Don't Do that. I can
Lose my Job. I might As Well Go All The Way with it.

(5-b)

D. count 1.1. continues

Kristy SIEFKEN. 2/1/20. Saturday. 7:20 - 7:35 pm. Thats what he GETS for RAping Michelle. Kari Lake. 10/22/19. Tuesday. 4:00 - 4:15 pm. Thats what he gets for Molesting His Sister. Cory McClowski. 11/19/19 Tuesday. 6:38-6:53 am. He should Have Molested His sister. SyLesteRodriguez. 11/20/19. wensday. 9:25- 9:40 am. Thats what he gets for Molesting His Sister. Cory McClowski 11/21/19. Thursday. 5:25 - 5:45 am. Thats what he gets for Doing that to Michelle. He GOT To Learn How to Let Go. He should have Molested Brianna. Ron Hoon. 11/21/19. Thursday. 8:40 - 8:55 am. He should Have Molested His Daughter. He should have Molested HIS sister. SyLesteRodriguez. 12/3/19. Tuesday. 6:45. 7:20 am. Don't GET scared Now! SyLesteRodriguez. 12/4/19. wensday. 9:10 - 9:30am Thats What He gets for doing that to Michelle. That what He gets for playing with Little Girls. Cory McClowski. 12/10/19. Tuesday. 5:00 - 8:20 am. They GoTAheld of Michelle. Jennifer Martinez. 12/10/19 Tuesday. 9:00- 9:20 pm. Thats what he gets for playing with HIs self. Brian webb. 12/10/19. Tuesday. 9:00 - 9:20 pm. you should have Molested Little Girls. Jennifer Martinez. 12/17/19. Tuesday. 9:00 - 9:20 pm. We GOT a Hold Of Michelle. And she is Going to Say! Thats what you get. Thats what you get for playing with yourself. Justin Lun. 1/2/20 Thursday. 9:00 -9:20 pm. GotAheld of Michelle. She said! Thats what you get for playing with yourselF. MATT.GALka. 1/2/20. Thursday. 9:00 -9:20 pm GoTAheld of Michelle. She is Going To Say! Thats what you get for playing with yourselF in the Backyard. MATT.R. 1/22/20. wensday. 9:00 - 9:30pm. Michelle is Telling EveryOne what An Asshole you Are. Molester! what A pervert you Are.

As for NETWORK NETWORKING Resources Through ECONOMIC ABILITIES & INFLUEN-Ces They INCRIMINATE ALLIGATIONS Through other Technical sources.

ABC-18. NICK C. 9/3/20. Thursday. 5:00 - 5:20 Am. Thats what he gets for playing with His Sisters pussy. Thats what He gets for Smoking crack in peoples Backyards. That what He gets for playing with Little Girls. Thats what He GETs for Playing with HIsself.

(5-C)

D. COUNT. IV   COMPLIS

1. 4th AMENDMENT.

Deprivation of Due-process, Deprivation of Safe Guard. "CERBAT" Kingman. AZ

2. Retaliation.

3. As Fox violates the Discretion of "privacy". Violate "Federal By-Laws" And Frivolously Pose As "Government Officials" of Law. Their Actions state: State Custody Means Demonion is Applicable. Inmates Have No Rights who ever, what ever, where ever concerning that "Individual" is "Fair Game"! They Incriminate my person of Being a "Child Molester, Rap-iest, & pervert. And Taxtically Enforce a "God-Complex" with Manipulating play's on my Family. "Citizens/Civilians" of The Community. No! They compromise "protocol, respect, & Boundaries." without Caution! Liability Impacts a Burden of "Conviction" That Influences "Resentment, Retribution, & Retaliation" By Air, They "Conspire to Corroborate" Resources & Abilities with The Injustice of "Social Media". Setforth a Taxtic prejudice so Vinomous & Disturbing That it victomizes ALL Involved. Humiliating my Family Heritage and Endangering my State in the "Criminal Element". Extorting ME into a position of Accountability & posing As "Government officials & officers of Law" is a Federal Offence. Depriving the Opportunity to "Prove Reasonable Doubt." Syleste Rodriquez. 8/28/20. Friday. 7:50 - 8:15 AM. Thats what going to happen to you for what you did to Michelle. Fox TM2. Har-vey. 8/31/20. Monday. 200 pM. Jordan Telling Everybody what a Queer you Are. Do you Have anything to say to Hatchi? Troy Hayden. 9/8/20. Monday. 8:20 - 8:30 AM, Jordan is Trying Everybody what her dad did. She was Trying to help. Kari Lake. 9/14/20. Mon-day. 5:20 - 6:05 pM, HE Insinuated That in that Letter, Michelle said That what HE Gets. Michelle said HE Molested Her when he was young. Kari Lake. 9/14/20. Mon-day. 5:20 - 6:05 pM, Michelle is Giving Fox Consent to Run Her Story. Jon Hook. 9/14/20. Monday. 8:30 - 9:10 pM. We get permission from Michelle To Run The Story. Thats why Nobody wants Him. I Might As well. Im going to Lose my Job. That what He Gets For Molesting His sister. It's His Mom!

(5-D)

D. Count IV Cont. PG. 8

Kari Lake. 9/14/20. Monday. 8:30 - 9:10 pm. He Thinks it's His sister. IT's His Mom!
Syleste Rodriquez. 9/11/20. Friday. 8:25 - 9:10 AM. I called her. And She said
IF This is About my Dad I don't Have Anything to say. Thats what he gets for Being An
Asshole. Kristy Siefken. 9/1/20 - Tuesday. 4:10 - 4:20 pm. They are saying HE DID!
SMOKing CRACK in HER Backyard. Thats what you get for Being A Asshole to your MoM.
I might as well. In going to Lose My Job. you should have Molested your Daughter.
Linda Williams. 8/2/20. Sunday. 5:35 - 5:45 pm. Thats what HE GETS for Doing that To Gardo! Daniel
Miller. 9/15/20. Tuesday. 4:00 - 4:10 pm. Thats what he gets for Molesting Little Girls. For what he
DID to Michelle. They Are saying that he did. Kari Lake. 9/14/20. Monday. 5:20 - 6:05 pm. He insin-
uated that in that Letter. Michelle SAID! Thats what HE GETS. Michelle SAID! HE Molested HER
When He was young. Kristy Siefken. 9/14/20. Monday. 5:20 - 6:05 pm. Dre, Better Quit playing
With His self in His Bed. Kari Lake. 9/14/20 Monday. 5:20 - 6:05 pm. Michelle is Giving Fox consent
to Run Her story. Jennifer Martinez. 12/17/19. Tuesday. 9:00 - 9:20 pm. WE Got A Hold of Michelle
And she going to say! Thats what you get. That what you get for playing with yourself. Kari Lake.
12/20/19. Friday. 4:00 - 4:20 pm. Your Going to END up Dead! Thats what you get for playing
with yourself. Carmen Blackwell. 1/7/20. Tuesday. 7:00 - 7:20 am. Thats what he gets for
Being A Asshole to His Mom. Ty Brennan. 1/14/20. Tuesday. 7:00 - 7:20 am. "Energy EFFICent plant
program. Do you have Anything to say to Hatchi? ECT. Tracy Hayden. 1/14/20. Tuesday. 7:00 - 7:20 am
I Don't Regret Doing that! ECT. Kari Lake. 1/15/20. Wensday. 4:00 - 4:30 pm. I LIED To His
Mother. I might Lose My Job. Kari Lake. 1/27/20. Monday. 9:00 - 9:30 pm. Thats why Nobody
wants His ASS. He's Going to GET His ASS Kick. Richard signs. 1/27/20. Monday 9:00 - 9:30 pm
Thats what he gets for playing with His Dick. HE IS GOING to GET HIS ASS Kick By Gilbert - ECT. Ty Br-
ennan. 2/9/20. Sunday 7:00 - 7:20 am. Thats what he GETS for Molesting Brianna. ECT Kari Lake
2/12/20. Wensday. 4:00 - 4:20 pm - Hatchi BETTER shut His Mouth! Carmen Blackwell. 2/24/20
Monday. 7:00 - 7:20 am. He was to Little For Becky. Kari Lake. 2/27/20. Thursday. 9:00 - 9:20 pm
Michelle Better Quit! ECT.

(8-E)

D. cont. IV cont. pg. 5

Ron Hoon. 4/14/20. Tuesday. 6:40-6:50AM. Yolanda Bett won't press charges on him. Syleste Rodriguez. 4/14/20. 6:45-6:50AM. Tuesday. He wasn't big enough for her. Troy Hayden. 4/14/20. Tuesday. 8:00-8:10AM. Yolanda, Better shut her mouth! Ron Hoon. 5/18/20. Monday. 7:25-7:40AM. Your going to have to Register as a sex offender for what you did to Michelle. Troy Hayden. 9/8/20. Monday. 8:15-8:30AM. Jorden is telling everybody what her dad did. She was trying to help! Mark Martinez. 9/25/20. 6:10-6:20pm. Your going to end up dead. You keep playing with yourself in peoples Back yards. Daniel Miller. 9/6/20. Sunday. We Talk to Michelle. Thats what he gets! He was to little for her. I might as well. ! Syleste Rodriguez. 9/11/20. 8:25-9:10AM. Friday. I called her. And she said! If This is about my DAD. I don't have anything to say. That what he gets for Being an asshole. Fox spreads the message of conviction Through social media & other networks!! ABC-15. Fay Fredricks. 9/15/20. Tuesday. 4:00-4:10pm. He's going to get his ass kicked By Gilbert. I might as well! Im going to lose my job. He's going to get his ass kicked By the Guards. "Kingman/GEO" cor Brt. NickC. 9/15/20. Tuesday. 6:30-6:45pm. Michelle's sending mixed signals. Fay Fredricks. 9/16/20. Wensday. 6:00-6:30pm. Becky's telling every one that you got caught playing with yourself in her nа, nа's Back yard. Becky Better shut her mouth! She is going to catch a charge.

4. Threatning & Intimidation, Harassment, & persecution By admin/staff at Kingman GEO. Deprivation of Safeguard. Deprivation of Reform. Work program. Endangered hardship.

5. no! - (A) yes!

B. no!

C. no!

D. Federal jurisdiction is vitally applied to a outside entity of facility. not needed!.

(5-F)

D. COUNT. Ⅴ cont. PG 5

1. 8th AMENDMENT.

DEPRIVATION OF DUE PROCESS, DEPRIVATION OF SAFEGUARD, "CERBAT" KINGMAN, AZ

2. Retaliation.

3. As fox network initiates interest on circumstances. They Inquire on "presence & existence" on Imprisonment for "Theft of means & Poss." Justifying "probable cause". Efforts to conspire a "Governing" Motivation." Positioning a Punishment" with Intent to convict" Becoming a Inspiring "factor." on unfounded charges, with out judicial proceedings, & with out confinement or Bail on "Accusation" By fox as Athority & Confinement exist In the state of Az. fox "Corroborates" to Convict! with the misconception "Power of Attorney & Power of Law!" with out consent! opens up a "Investigation" That Intrudes & Invades on Cultured & private Associations outside the facility. maliciously perseus a Disturbing perception of My Image to immediate circle and Intimate connection outside the Institution, over the air! Reporters/Journalist/Correspondence fraudulently Enforce "Law" Targets a Agenda on "Hatchi Aka, Dre!" on Allegations of "Child Molestation, Rape, & Perversion". And with out "Burden of Production" Convicts my Character "Enforcing" a Bias Inequality of Discrimination Impacting a Hardship on the Environment & ADMIN & STAFF. Kristy Siefken. 8/21/20, Friday. 3:20-3:58 PM, Thats what you get for Molesting your Daughter. HE was to Little for her. Syleste Rodriguez. Thats whats Going to Happen to you for what you did to Michelle. "R-Kelly". HE was to Little for Her Thats why she didn't want Him. 8/28/20. friday. 7:50 - 8:10 AM, Troy Hayden. 8/28/20. Friday. 7:50 - 8:10 AM Thats what you get for smoking Crack in the Backyard. Thats why she don't want you. HE was To Little for HER. Fox- TV2. Harvey. 8/31/20 Monday. 5:00 - 5:30 PM. Jordan Telling Every Body what a Queer you are. 2:00 PM, Charles. 9/1/20 Tuesday. 5:00 - 5:30 PM she said He's a Queer, Thats all! Harvey. 9/1/20. Tuesday. 2:00 - 500 - 5:30 PM. HE's Going to Get His little Ass Whipped. Mark Martinez. 9/14/20, Monday. 6:00 - 6:25 PM HE can't Get it up Anymore. That what he Gets for smoking crack. This is Going to far Now! Kari Lake. 9/14/20. Monday. 8:00 - 8:05 PM, HE wasn't Apose to Know. I don't care Anymore.

(5-G)

D. Count IX cont. PG 15

He needs to Let go! Kari Lake. 9/10/20. Thursday. pm Segment. He was to Little For Her. I might as well Im Going to lose my Job. It's not Going to work. It's His MoM. Thats what he gets for playing with Hisself. SyLeste Rodriguez. 9/11/20. Friday. 8:25-9:20 AM. He can't GET it up Any More. I might as well. IM Going to Lose my Job. Troy Hayden. 9/8/20. Monday. 8:20-8:30 AM. Jordan is Telling EveryBody what her dad did. She was Trying to Help. Kari Lake. 3/3/20. Tuesday. 4:00-4:20 pm. Hutchi, Better shut His mouth. He should have Molested Her. Carmen Blackwell. 3/9/20. Monday. 7:00-7:20 AM. Do you have Anything to say to Hutchi? He was to Little For Her. We Talk To Michelle. mfTT. 3/10/20. Tuesday 9:00-9:40 pm. Thats what he gets For playing with Hisself. Thats what he gets For playing with Queers. Cory McClowski. 3/17/20. Tuesday. 12:00-12:30 pm. He Needs To Learn How to take An Insult. He is Taking it personal. Thats what he gets for doing that to Michelle. Ty Brennon. 3/17/20. Tuesday. 6:00-6:30 AM. Thats why she don't want Him Cause He Cant GET it up Any More. Renee Nelson. 4/1/20. Wensday. 5:00-5:50 AM. DRE Better keep His mouth shut. He should have Molested His Daughter. Thats what he gets for Being a Total Asshole. He was to Little For Her. That why She don't want Him. Ron Hoon. 4/1/20. Wensday. 5:00-5:50 AM. DRE. He should have not Molested His Daughter. Renee Nelson. 4/1/20. Wensday. 5:20-6:20 AM. LT. He's not Going to make it off The yard! worth unit Florence. ECT. Ron Hoon. 4/14/20. Tuesday. 6:10-6:30 AM. yolanda won't press charges on Him. He should Not have Molested His Daughter. Troy Hayden. 4/14/20. Tuesday. 8:00-8:20 AM. yolanda Better shut Her mouth. Syleste Rodriguez. 4/17/20 Friday am. He wasn't Big Enough For Her In the Bed. That what Becky said! Thats what he gets For Smoking Crack in the Back yard. He Cant GET it up Any More. Renee Nelson. 4/23/20. Thursday. 5:00-5:30 AM. Thats why she don't want Him. He Cant GET it up Any More. Lindy Williams. 5/10/20. Sunday. 4:30-5:00 pm. It's not Michelle Fault. Michelle wont press charges on Him!

(5-H)

D. Count V continues

RON HOON. 5/18/20, Monday. 7:30 - 7:30 A.M. your going to have to Register as a sex offender. For what you did to Michelle. TOM. 6/9/20, Tuesday, 6:50 - 7:15 AM. He was molested by his Mom. He better be careful They got a video of him. Guest. Ex Chief of Police. KEVIN ROBINSON. They are Black mailing him. Christina Corallo. 8/4/20. Tuesday. 10:00 - 10:35 pm. Dale, Better Quit! Michelle Don't want to press charges on him, Fox Deliberately Enforces Discrimination + prejudice with Bias Tortort, virally on other outlet to do the same. with conviction! Kh005 pickle. CBS -5. 9/25/20. 5:40 - 5:50 pm, Friday, Michelle said! She miss understood. she was trying to Help. CBS -5. MARK. 5/7/20, Thursday 6:00 - 6:15. He can't get it up any more He needs to shut his mouth. Kim Q. Thats what he gets for doing that to Brianna. Hatchi needs to let Go! Thats why nobody wants this ass! CBS-5/A2. family. Geleking. Justice for all! 6/9/20. Tuesday. 9:00-9:15 pm. Thats what he GETs for molesting little Girls. He molested Brianna. NBC. 12. Team n i. 9/1/20. Tuesday. 10:00 - 10:15 pm. That what He GETs for molesting Brianna, Cami Bee Devine. Thats what he gets for playing with his self in the Backyard. NBC.12. Hopi + Jenna. 9/4/20 friday, 11:00 - 11:15 AM, Do you have anything to say to Hatchi? Thats what he gets for Jacking off. He can't get it up any more. Thats what he gets for molesting little Girls. TBN. 6/19/20, Friday. 9:00 - 9:20 pm. He should have molested Brianna. That what He GET for playing with his Dick! Fox Enforced actions Impact on the Environment!

4. KINGMAN/GEO. Complex Warden. Wrigley. 8/28/20, Friday. 7:00 - 7:30 pm. In Broadcast to Complex. He was to little farther. you need to keep your Mouth shut. He should have post Her off. He should have got caught playing with his self. He should have molested his Daughter.

5. yes! (A)

B. No!

C. No!

1. federal jurisdiction is vitally applied to a outside Entity of facility. Not needed!

(5-I)

D. COUNT VI cont. P6:5

1. 9th AMENDMENT.

8  DEPRIVATION OF DUE-PROCESS, DEPRIVATION OF SAFEGUARD. "CGRTAT", KINGMAN, AZ.

2. RETALIATION.

3. FOX FRAUDULENTLY INSERTED A "WHITE COLLAR" PREJUDICE OF CORPORATE AMERICA ON MY CIRCUMSTANCES OUTSIDE THE COURTS OF LAW. IMPACTING A CRVESAL BIAS & HARDSHIP OF DISCRIMINATION IN THE FACILITY. THAT ADDRESSES ME AS A LESSER EQUAL! LABELLING ME A "SEXUAL OFFENDER" IN THE ADOC FACILITY CULTURE. WITH NO ASSURANCES OR SAFE-GUARD. FIGHTING FOR BALANCE REMAINS JADED & FATAL FOR SEXUAL OFFENDERS IN THE CORRECTION-AL ELEMENT. FOX FRAUDULENTLY TOOK AUTHORITY OF "PROSECUTORIAL DISCRESION + MAGISTERIAL-OBLIGATION" BY MISREPRESENTING "TO THE PEOPLE/AZ." DICTATING INNOCENT/GUILTY! "TO THE PEOPLE/NATION". A CORECED MISREPRESENTED LAWFUL CONVICTION. "TO THE PEOPLE/WORLD" THROUGH THE MEANS OF TELEVISON. MISCONSTRUING THE PERCEPTION THAT DICTATES SOCIAL CLASIFICATION. WHO DOES & DOESN'T DESERVE RIGHTS! WHO DOES, + DOESN'T "LEGAL-APPLICATION." DICTATING "FOR THE PEOPLE". INFRINGING AN INEQUITY OF INJUSTICE ON! "MY-PERSON-AND IMMEDIATE CIRCLE." "OF PEOPLE/FAMILY" IN THE COMMUNITY. AND THROUGH THE MEANS OF ADMIN/STAFF OF NORTH UNIT DECIECTIVELY REPRESENTING "BY THE PEOPLE/FED." A GUILTY CONVICTION. LAWLESSLY HINDSIGHTING A "PRETRIAL SETTING "DEPRIVING "ALL" LEGAL ATTACHMENTS + GUIDELINES. RENÉE NELSON. 4/1/20. WENSDAY. 5:20-6:20 AM. LT, ECT. HE'S NOT GOING TO MAKE IT OFF THE YARD. "NORTH UNIT FLORENCE". BONI HOON. 4/14/20. TUESDAY. 6:10-6:50 AM. YOLANDA WON'T PRESS CHARGES ON HIM. TROY HAYDEN. 4/14/20. TUESDAY. 8:00-8:20 AM. YOLANDA BETTER SHUT HER MOUTH! LINDA WILLIAMS. 5/10/20. SUNDAY. 4:30-5:00 PM. IT'S NOT MICHELLES FAULT. MICHELLE WON'T PRESS CHARGES ON HIM. BONI HOON. 5/25/20. TUESDAY. 5:20-5:40 AM. I MANIPULATED HER WORDS. TOM. 6/3/20. WENSDAY. 9:15-9:50 AM. THATS WHAT HE GETS FOR MOLESTING LITTLE GIRLS. HE ADMITTED IT! ECT. TROY HAYDEN. 6/2/20. 8:20-9:15 AM. TUESDAY. I INITIATED ALL THAT! TROY HAYDEN. 6/3/20. WENSDAY. 9:20-9:50 AM. I WISH, I WOULD NOT HAVE STARTED THAT.

(5-J)

1) - Count VII cont. N.5

Tom. 6/9/20, ~~8:45~~ 6:00 -7:20 AM, Tuesday. He was Molested By his Mom. ect.
He Better be careful they got a video type of him. ect. Renee Nelson, 6/9/20
Tuesday. 6:00- 7:20 AM. Michelle doesn't want to press charges on him! Ty Brennen.
6/12/20. Friday. 6:00- 6:30 AM. We are Going to lose our Jobs Because We didn't
Do our Homework. Ect. "when it matter most" Fox compromises their Integrity to
The community. And Desperately Justifies violating my Due-process and violates the
Rights of my family. Endangering my-person in ADOC - Through political+social +econom-
ical event in the valley. Destroying safeguard. opportunity + Reunification. Fox -
- Governor - Dough Ducey. 4/23/20. Thursday. 6:00- 6:10 AM. They are retaliating against
Him. Kelly GT. "North unit Floten", ect. ABC-15, Mayor Kate Gallego. 5/30/20 Saturday,
Hutchi. Better Quit! He should have Molested Brianna. 3:00- 3:35 pm. Police chief, Jerri-
Williams. 5/30/20. Saturday. 3:00- 3:35 pm. He is a Molester As Far As I'm concerned. ect.
CBS - Az/Family, 9/23/20. wensday. 10:00- 10:15 pm. County Atturney (WC). He should-
not have Molested Brianna, Brandon Lee. 9/23/20, wensday. 10:00- 10:15 pm, He was
cleared off All charges! ABC-15. Mesa PD, Sgt. Gray. 9/16/20, wensday, 10:45-
11:05 AM, We asked Michelle If she wants to press charges. She said No! I lied
to Her! I kinda Agitated her! Fox. County Attorney. (J6) 9/26/20. 10:25- 10:50 pm.
That what He gets for Molesting little Girls. Jon Itook. Thank you for that!

⅄ 4. Course of Action subjects. Harrassment, Intimidation, persecution By Admin/-
staff. Deprivation of safeguard. Duress + Distress of enforced Hardship.
5- ~~No~~! - (A) ges!
B. No!
c. No!
1)- Federal jurisdiction is vitally Applied to A outside Entity of facility- not needed!

(5-K)

D. Count. VI. Cont. PG.5

While In State Custody. In a system That is Broken & Bias. A Battle of Morale & Discretion in procedure & policy is the Violation. A stemic "Abuse of Athority/Athonity." Becomes a Double Standard and a "factual Burden. In a unBalanced Matrix of "Entitlement, Titles, Boundaries & Ethics." Realistic facts of Authenticity & Truthfulness of Trustworthy events in the Criminal element Become the scope of Interest with Inmates/staff. 5 yrs into a 7½ yrs sentence. In 2016 convicted of "Theft of Means & poss. fox 10 "Chose" to Gainfully engage in a Prideful persuit to convict my character. For Reason unknown to my-self & The public. Impacting Discrimination, prejudice, slander, Defermation & endangerment. Targeting a Target of Harassment, persecution, and Intimidation By Admin-staff, in the Correctional Facility of ADOC. Appling Proce., Policy and grievances. for Safe Guard. Kingman/GEO. Cerbat, Complex Worden Wrigley. Forced casted over The Complex TV. you're going to get your ass kicked for playing with yourself in the Backyard. 8/28/20. 4:00 - 5:30 pm. Ass. Deputy Worden. Morrish. 8/31/20. 11:00 am, BLU. 7.A. Video Confirmation: He needs to keep His mouth closed. He should not Have molested his Daughter. He Going to get his ass kicked, ect. SGT. Mayol. 8/6/20. Thursday. 7:20 p.m. stated to all Inmates! "WE" talked to Michelle. and she said! Thats what He /caffman gets for jacking off in the Back yord. "Confirming Alligation/Hearsay: outside frailty. Complex Worden. Wrigley. 9/25/20. Friday. 3:30 - 3:45 pm. Commenting out side Topic./security compromise! He should have Molested his Daughter. I might as well! He's Going to get Hit in his mouth. He was to Little for Hear. Thats what he gets for playing with Hisself. We Talk to Michelle! He should not have Molested her when she was young. I Guess I Embarresed Him! He's Coming after my Job. He should have Molested his Sister.' SSU. SGT. Bancalaria. 9/21/20. 3:00 - 3:20 pm. To the Crowd. "GP". Michelle Doesn't want to press Charges on Him! It happen! He Molested Her when she was young. "Investigation. Criminal /security Breaches" D/O! G-P, SOI. 01. - 1.1.6 SOI.02. 1.1.1 - 1.2.14. C-I. SOI.01.05 - 1.12 1113. 527.01. - 1.73.

(5-L)

D. CONT. VI. CONT. PG. 5

The facts Remain! Safe Guard was compromised, while in state custody,
And any or all events concerning any possible corraberating/conspiring
factors to fox Exist in This Time. The treshold of consequence on any/
or all violations that accure concerning Inmates/staff/Admin. In
In the Correctional Element. Starts with "Documentation", Rules!
"Conduct, procedure, policy" Investigation. Institutional & Criminal.
The Truthfulness, Trustworthy, And Authenticity of on Going Events in
A Criminal Element concerning Inmates/staff in Prison Living.
Winslow, Az. 6/18 Investigation. "Institutional". No Adjunct
to Criminal Interest to courts of Az Law. Apache Unit. Disaplinering.
out of place. poss. centraband-TV. And "I.R" on Investigation.
Closing the Chapter at winslow, Apache. with Policy - 802. And Transfer
To North Unit, Florence. Az. As All Plausible factors play into circum-
stance." Discrimination, Racial Discrimination, Harassment, Intimidat-
ion, Retaliation and violations of Constitutional Magnitude Arise.
utilizing. Department orders. "Policy" (G.R 501.02. -1.1.1-6.1.5-1.2.4-,1.2.6-
1.2.N. (AIO Reports) 601.13 -606, 608. (DO#) 105.113, 121, 504. 523. (EOH)
527.01-1.1.1. 527.02-1.1.2. for Balance and Reapplied Safe Guard. Disaplin-
ary Report will prove "Documented" facts of History with No Legal penal
Interest. And Discrimination, Harassment, Retaliation Begin. And
Conduct Unbecomming is Incourage. A Manipulating standard of Corecion
And Abuse of Authority and Superority is Enforce. Patterns of Retaliati-
on is conducted as Admin/staff Ban Together in Brother Hood creating
A prejudicial Bias to Enforce "Superority" while Manipulating Ethority.
As procedural violations are Disregaurded Daily to Exclude Documentation
& Explination. Lawfully Apply Judicial Ethics to Safe Guard Standards

(5-M)

D. count. VI. cont. PG-5.

The Compelling Impact "Warrentless Search & Seazure" in DATA Processing, Intell
Application, Confidentiality. Become A Disturbing fact, That Becomes possable circum
stances in ASSAULTs, Rape, & Death in Prison Living. In Security Protocoll Legitamitey
Intrest, Credibility. Exist in truth! Selective Ethics out weigh The Disreguard of
Humanity/Dignity, While utilizing Athority. Becomes the scope of Interest. "Prisoner's
Rights to Procedural Due-Process." Becoming Pro-Active, Exercising the 8th Amen. In
self preservation. "Life & Limb & Security". Merit Exist in DOCUMENTation. With NO
Warrant or No "Inentifications" the Disturbing Impact of Action By staff on my-person
is a federal viclation, a Lawless Act of will. In NonconsensuaL Disclosure. On All
Private Affairs & Intell utilize By staff outside facility. vio. 4th Amen. "family" re-
porduction. Malicious conduct cant constitut CRIMINAL Agudication. No, "custod-
IAL Interrogations" Implied. In 7/18-2019. Due-process was viclated By fix
While serving a Sentence AT North unit Florence. Institutional Interest
Constitutes No CRIMINAL viclations, or Any sexual misconduct. outside Disaplinary
CoII Hampton. B#. 5153. CoII. Simms. Co II. Sutton, B# 1669. CoII Handligor. CoII-
Capreali, B# 4456. CoII. Mathews. CoII. Llurente B#. 1547. CoII. Margeret. CoII.
Ververs. "Medical". CoII. Livingston. CoII posdeaden. Discrim. Harassmen, Ret.
CoIII. TAYlor. CoIII. Monte BIAS. "Animal resue center-Penal." 2019.
(I.R.) No Ticket. Sag action with Termination. Discrim. RaciaL Discrim. Harass-
ment Retaliation. Lt. RanDolph. B# AKiP3 .LT. Williams, SGT. Savala. SGT.
Raza. SGT. McGallough. CDU-1. Discrim. Harassment. Retaliation, 2/1/20.
Without No "Indictment" Being held to standards of Accountability. Creates A prejud-
IciaL BIAS. As Prisoners have "The right to Equal Treatment" And fundament-
AL fairness, Kingman/corBat. Discrimination, Harassment & Retaliation. (I.R)
SGT. DeViLiDDo. unliscened, un Qualified. Enforced a secured watch" Medical
in Retaliation on me for 5 Day. viclating, 1,5,4,6,8 Amen. Rights, CDU. & Medical.
10/4/20.
(5-N)

**Arizona Department of Corrections**



ADC#   138390   C12-10   **Name**   ANDRE OATMAN   **DOB**   05/10/1973

## Rule Violation Summary

### Select Penalties to Impose

| Status | Penalty | Case # | Start Date | End Date | View |
|---|---|---|---|---|---|
| Imposed Expired | Loss of Privilege | 19-A04-000201 | 2/22/2019 12:00:00 AM | 3/8/2019 12:00:00 AM | |
| Imposed Expired | Extra Duty | 18-A04-001475 | 12/6/2018 12:00:00 AM | | |
| Imposed Expired | Loss of Privilege | 18-A04-001475 | 12/6/2018 12:00:00 AM | 1/4/2019 12:00:00 AM | |
| Imposed Expired | Extra Duty | 18-A04-001144 | 9/26/2018 12:00:00 AM | | |
| Imposed Expired | Loss of Privilege | 18-A04-001144 | 9/26/2018 12:00:00 AM | 10/25/2018 12:00:00 AM | |
| Imposed Expired | Loss of Privilege | 16-C14-001329 | 12/12/2016 12:00:00 AM | 1/10/2017 12:00:00 AM | |
| Imposed Expired | Earned Release Credits | 16-C14-001213 | 1/4/2017 12:00:00 AM | | |
| Imposed Expired | Extra Duty | 16-C14-001213 | 1/4/2017 12:00:00 AM | | |
| Imposed Expired | Loss of Privilege | 16-C14-001213 | 1/4/2017 12:00:00 AM | 2/2/2017 12:00:00 AM | |
| Imposed Expired | Parole Class III | 16-C14-001213 | 12/15/2016 12:00:00 AM | 2/2/2017 12:00:00 AM | |
| Imposed Expired | Restitution | 16-C14-001213 | 1/4/2017 12:00:00 AM | | |

Available Credits   248        Pending Credits   0

| Case Number | Date of Violation | Date of Conviction | Violation | Charge | Decision | Forfeitures | Parole Class III | Restoration | Rescission | View Case |
|---|---|---|---|---|---|---|---|---|---|---|
| 16-C14-001213 | 11/16/2016 11:00 | 12/15/2016 | 34B | Major | Uphold | 5 DHO \| 5 OSB \| 0 M | 30 DHO \| 30 DW \| C/S | 0 | 0 | 👁 |
| 16-C14-001213 | 12/11/2016 09:40 | 12/12/2016 | 15B | Minor | Guilty | N/A \| N/A \| N/A | N/A \| N/A \| N/A | 0 | 0 | 👁 |
| 17-W05-000127 | 05/03/2017 20:03 | 05/08/2017 | 11B | Minor | Guilty | N/A \| N/A \| N/A | N/A \| N/A \| N/A | 0 | 0 | 👁 |
| 17-W05-000202 | 07/01/2017 09:25 | 07/14/2017 | 13C | Minor | Guilty | N/A \| N/A \| N/A | N/A \| N/A \| N/A | 0 | 0 | 👁 |
| 18-A04-001119 | 09/14/2018 15:56 | 09/25/2018 | 22B | Major | Not Guilty | 0 DHO \| 0 OSB \| 0 M | 0 DHO \| 0 DW \| | 0 | 0 | 👁 |
| 18-A04-001144 | 09/24/2018 05:10 | 09/26/2018 | 01B | Minor | Guilty | N/A \| N/A \| N/A | N/A \| N/A \| N/A | 0 | 0 | 👁 |
| 18-A04-001475 | 12/04/2018 12:45 | 12/06/2018 | 34B | Minor | Guilty | N/A \| N/A \| N/A | N/A \| N/A \| N/A | 0 | 0 | 👁 |
| 19-A04-000201 | 02/20/2019 21:40 | 02/22/2019 | 14C | Minor | Uphold | N/A \| N/A \| N/A | N/A \| N/A \| N/A | 0 | 0 | 👁 |

WINSLOW/North unit!
DG-5

(5-0)

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

The relief I am seeking is "Termination" ann & all corespondants That Incriminated my character over the Air Unjustly. And apology By the network on documentation. For destroying Name & All opportunities of Social & Finnancial Value in the Job or Work Field. And community Ties: As well as For Taking advantage of People in the community/civilians. For Notings: I am Destroyed By for actions. As They put forth efforts to deceive my family. Casting a Stichma on my children And Love ones. Imposed hardship. Hinder Durations & Strains programs under release. Humiliating my family Heritage. And violating my constitutional Rights. Discrimination, Slander, Defermation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9/30/20___                     _____
                DATE                              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Phoenix & Prescott Divisions:          OR          Tucson Division:
U.S. District Court Clerk                          U.S. District Court Clerk
U.S. Courthouse, Suite 130                         U.S. Courthouse, Suite 1500
401 West Washington Street, SPC 10                 405 West Congress Street
Phoenix, Arizona  85003-2119                       Tucson, Arizona  85701-5010

7.  Change of Address.  You must immediately notify the Court and the defendants in writing of
any change in your mailing address.  **Failure to notify the Court of any change in your mailing
address may result in the dismissal of your case.**

8.  Certificate of Service.  You must furnish the defendants with a copy of any document you
submit to the Court (except the initial complaint and application to proceed in forma pauperis).
Each original document (except the initial complaint and application to proceed in forma pauperis)
must include a certificate of service on the last page of the document stating the date a copy of the
document was mailed to the defendants and the address to which it was mailed.  *See* Fed. R. Civ.
P. 5(a), (d).  Any document received by the Court that does not include a certificate of service
may be stricken.  **This section does not apply to inmates housed at an Arizona Department of
Corrections facility that participates in electronic filing.**
    A certificate of service should be in the following form:

    I hereby certify that a copy of the foregoing document was mailed
    this ___9/30/20,_____ (month, day, year) to:
    Name: _Andre L OATMAN ,_____
    Address:_____
    _____Attorney for Defendant(s)
    _Andre L Oatman_____
    (Signature)

9.  Amended Complaint.  If you need to change any of the information in the initial complaint,
you must file an amended complaint.  The amended complaint must be written on the
court-approved civil rights complaint form.  You may file one amended complaint without leave
(permission) of Court within 21 days after serving it or within 21 days after any defendant has filed
an answer, whichever is earlier.  *See* Fed. R. Civ. P. 15(a).  Thereafter, you must file a motion for
leave to amend and lodge (submit) a proposed amended complaint.  LRCiv 15.1.  In addition, an
amended complaint may not incorporate by reference any part of your prior complaint.  LRCiv
15.1(a)(2).  **Any allegations or defendants not included in the amended complaint are
considered dismissed.**  All amended complaints are subject to screening under the Prison
Litigation Reform Act; screening your amendment will take additional processing time.

10.  Exhibits.  You should not submit exhibits with the complaint or amended complaint.
Instead, the relevant information should be paraphrased.  You should keep the exhibits to use to
support or oppose a motion to dismiss, a motion for summary judgment, or at trial.

11.  Letters and Motions.  It is generally inappropriate to write a letter to any judge or the staff of
any judge.  The only appropriate way to communicate with the Court is by filing a written
pleading or motion.

2